| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>Acting United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | CHRIS KALTSAS (NYBN 5460902)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7200 |
| 7 | Facsimile: (415) 436-7234<br>Email:  chris.kaltsas2@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.:  CV 21-6626 JCS |
| Plaintiff, | ) ) ) | |
| v. | ) ) | WARRANT OF ARREST OF PROPERTY *IN REM* |
| ALL FUNDS AND CRYPTOCURRENCY IN A FINANCIAL ACCOUNT AT NEXO, HELD IN THE NAME OF NICHOLAS PERZICHILLI, ASSOCIATED WITH FINANCIAL ACCOUNT NUMBER, 0X1CB246DB528BFE9CE78779FF8E7E1F5C 0E99EE48 | ) ) ) ) ) ) ) ) ) | |
| Defendant. | ) ) | |

TO:   THE ATTORNEY GENERAL OF THE UNITED STATES OR HIS DULY AUTHORIZED REPRESENTATIVE

WHEREAS, on August 26, 2021, the United States of America filed a verified complaint for civil forfeiture in the United States District Court in the Northern District of California against the Defendant Property, alleging that the property is subject to seizure and civil forfeiture to the United States for the reasons alleged in the complaint; and

Warrant of Arrest of Property *IN REM*
CV 21-6626 JCS

1

1    WHEREAS, the Defendant Property includes: All Funds And Cryptocurrency In A Financial
2 Account At Nexo, Held In The Name Of Nicholas Perzichilli, Associated With Financial Account
3 Number, 0x1cB246dB528Bfe9cE78779fF8E7E1f5c0E99eE48; and

4    WHEREAS, the Court, having reviewed the Verified Complaint, hereby finds, in accordance
5 with Rule G(3)(b)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture
6 Actions, that there is probable cause to believe that the Defendant Property, which is not presently in the
7 Government's possession, custody, or control or subject to a judicial restraining order, constitutes the
8 proceeds of and/or property in or traceable to the specified criminal violations and thus are subject to
9 forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and Rule G(G)(3)(ii) of the Supplemental Rules for
10 Admiralty or Maritime Claims and Asset Forfeiture Actions; and

11    WHEREAS, Supplemental Rule G(3)(c)(i) provides that the warrant of arrest in rem must be
12 delivered to a person or organization authorized to execute it who may be a marshal or any other United
13 States officer or employee, someone under contract with the United States, or someone specially
14 appointed by the Court for that purpose;

15    YOU ARE HEREBY COMMANDED to request that the proper authorities of Nexo Financial
16 Services Ltd., detain or seize the Defendant Property; prevent their sale, transfer, or alienation; and
17 release them into the custody of the United States of America or maintain them during the pendency of
18 this proceeding or until further order of this Court.  Upon application of the plaintiff, United States of
19 America, and pursuant to the All Writs Act, 28 U.S.C. § 1651(a), the Court shall issue any order
20 necessary to effectuate and prevent the frustration of the execution of this Warrant.

21    YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the
22 same in this Court with your return thereon, identifying the individuals upon whom copies were served
23 and the manner employed.

Dated: September 8, 2021                By: _____
                                        HON. JOSEPH C. SPERO
                                        United States Chief Magistrate Judge

Warrant of Arrest of Property IN REM
CV 21-6626 JCS

2