Franklin Jason Seibert (OSB 095009)
3202 Coral Ridge Dr.
League City, TX 77573
Telephone: 971-235-5764
Email: jason@seibert-law.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   Plaintiff(s),<br><br>v.<br><br>ALL FUNDS AND CRYPTOCURRENCY IN A FINANCIAL ACCOUNT AT NEXO, HELD IN THE NAME OF NICHOLAS PERZICHILLI,<br><br>   Defendant(s). | Case No. 3:21-CV-06626 JCS<br><br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS**: Please indicate below by checking one of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☒ **CONSENT to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily consent to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

OR

/ / /

/ / /

/ / /

/ / /

/ / /

☐ **DECLINE Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I decline to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: February 7, 2022

NAME: Franklin Jason Seibert

Signature: _____

Counsel for Nicholas Perzichilli

NAME: Nicholas Perzichilli

Signature: _____