STEPHANIE M. HINDS (CABN 154294)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CHRIS KALTSAS (NYBN 5460902)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415.436.7200
    Fax: 415.436.7432
    Chris.Kaltsas2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV 21-6626 JCS |
| Plaintiff, | |
| V. | NOTICE OF PAYMENT |
| ALL FUNDS AND CRYPTOCURRENCY IN A FINANCIAL ACCOUNT AT NEXO, HELD IN THE NAME OF NICHOLAS PERZICHILLI, ASSOCIATED WITH FINANCIAL ACCOUNT NUMBER, 0x1cB246dB528Bfe9cE78779fF8E7E1f5c0E99eE48, | |
| Defendant. | |

The government hereby gives notice that the $283,899.22 payment has been received to satisfy the monetary condition in the Stipulation of Settlement approved by this Court on March 11, 2022.

DATED: 4/14/2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

_____/S/_____
CHRIS KALTSAS
Assistant United States Attorney